IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ryan Quentin Hawkins,<br><br>Plaintiff,<br><br>v.<br><br>Spartanburg County,<br><br>Defendant. | Case No. 7:26-cv-03512-SAC<br><br>**<u>OPINION AND ORDER</u>** |

Plaintiff, a former pre-trial detainee,[1] proceeding *pro* se, brought this action seeking damages pursuant to 42 U.S.C. § 1983. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge William S. Brown for pre-trial proceedings.

In signing the Complaint, Plaintiff acknowledged that he was responsible for notifying the Clerk in writing of any change of address and that failure to keep his address updated with the Court may lead to dismissal of the case. ECF No. 1 at 12. By Order filed on September 1, 2026, Plaintiff was informed that his case was not in proper form for service, and he was provided instructions on how to bring it into the proper form. ECF No. 7. Plaintiff was informed that failure to bring the case into proper form would subject the complaint to dismissal for failure to prosecute and failure to comply with an order of the Court. *Id*. at 1–2. The Proper Form Order also reminded Plaintiff to notify the clerk in writing of any change of address and warned that failure to keep his address updated with the Court may lead to dismissal of the case. *Id*. at 3.

[1] It appears that the detention center released Plaintiff from custody, and there is no record of Plaintiff being within a South Carolina Department of Corrections facility.

On September 23, 2026, the Proper Form Order was returned as undeliverable mail and marked "not in jail." ECF No. 12. Plaintiff has neither advised the Court of any changes to his address nor responded to the Proper Form Order, and the time for response has lapsed.

As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

United States District Judge

September 30, 2026
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.